UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| THOMAS A. BOWDEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:12-CV-1824-JAR |
| STEVE MEINBERG, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Wes Wagner's Motion for Leave to Depose Plaintiff. (Doc. No. 50) Plaintiff objects to the motion. Plaintiff added Wes Wagner as a party defendant on December 11, 2013 (Doc. No. 41), nearly four months after being deposed in this matter. He cannot now say that Defendant Wagner is not entitled to conduct discovery on matters related to the claims brought against him. For this reason the Court finds Defendant Wes Wagner is entitled to conduct further deposition of Plaintiff and will grant his motion for leave. Fed.R.Civ.P. 30(a)(2). The deposition shall be limited to new matters or old matters that relate to the new party defendant Wes Wagner and shall not be repetitive.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wes Wagner's Motion for Leave to Depose Plaintiff [50] is **GRANTED** with the limitations set forth herein.

Dated this   17th   day of March, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE